# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Enrique Serrano-Ayala,

Petitioner,

v.

Christopher McGregor, *et al.*,

Respondents.

No. CV-26-03423-PHX-JJT (JZB)

**ORDER**

Petitioner challenged Petitioner's present immigration detention, arguing Petitioner is improperly subjected to mandatory detention without a bond hearing. (Doc. 1.)  The Court directed Respondents to show cause why the Petition should not be granted.  (Doc. 4.)  Respondents' response stated:

> Because Petitioner was previously released on bond, he is likely eligible for a new bond hearing under 8 U.S.C. § 1226(a). Therefore, Respondents do not oppose an order requiring a bond hearing within seven (7) days.

(Doc. 9.)  The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition and granting a bond hearing.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** to the extent it seeks a bond redetermination hearing. The Petition is otherwise denied.

**IT IS FURTHER ORDERED** Respondents must provide Petitioner a bond redetermination hearing within seven days or release Petitioner from custody under the same conditions that existed before Petitioner's detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within three days of releasing Petitioner or providing a bond hearing. **If applicable, that notice must include the result of the bond hearing.**

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 21st day of May, 2026.

Honorable John J. Tuchi
United States District Judge

- 2 -